■ ALVIN S. CUTTLER, Appellant, v LIBBY J. CUTTLER, Respondent. [11 NYS3d 872]—Appeal from an order of the Supreme Court, Putnam County (Victor G. Grossman, J.), dated October 31, 2014. The order, insofar as appealed from, granted the defendant's cross motion to enforce the determination in a prior order of the same court dated December 18, 2013, directing the plaintiff to execute the trust instrument proposed by the defendant.

Ordered that the order is reversed insofar as appealed from, on the law, with costs, and the defendant's cross motion to direct the plaintiff to execute a trust instrument proposed by the defendant is denied.

In light of our determination in *Cuttler v Cuttler* (130 AD3d 672 [2015] [decided herewith]), the defendant was not entitled to enforcement of the directive that the plaintiff execute the trust instrument proposed by the defendant. Dillon, J.P., Dickerson, Cohen and Duffy, JJ., concur.